UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14011-CR-ROSENBERG/MAYNARD

18 U.S.C. § 875(c)

UNITED STATES OF AMERICA,

vs.

CHARLTON EDWARD LA CHASE,

Defendant.
_____/

FILED by _____ D.C.

MAR 01 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 23, 2018, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLTON EDWARD LA CHASE,**

did knowingly transmit in interstate and foreign commerce from Nicaragua to Florida a communication, that is, text messages, containing a true threat to injure individuals known to the Grand Jury, with the intent to communicate a true threat and with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

### COUNT TWO

On or about January 24, 2018, in Saint Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**CHARLTON EDWARD LA CHASE,**

2

did knowingly transmit in interstate and foreign commerce from Nicaragua to Florida a communication, that is, text messages, containing a true threat to injure individuals known to the Grand Jury, with the intent to communicate a true threat and with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

*[signature]*
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

*[signature]*
DIANA M. ACOSTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| CHARLTON EDWARD LA CHASE, Defendant. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____ / | Superseding Case Information: |

**Court Division**: (Select One)

____ Miami ____ Key West
____ FTL ____ WPB  X  FTP

New Defendant(s)         Yes ____   No ____
Number of New Defendants ____
Total number of counts   ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   American Sign Language

4. This case will take   5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days        X         Petty        ____
   II   6 to 10 days       ____      Minor        ____
   III  11 to 20 days      ____      Misdem.      ____
   IV   21 to 60 days      ____      Felony       X
   V    61 days and over   ____

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   Yes
   If yes:
   Magistrate Case No.  18-008-SMM
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   02/04/2018
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____   No  X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ____   No  X

_____
Diana M. Acosta
ASSISTANT UNITED STATES ATTORNEY
FL Bar/Court I.D. No. #775185

*Penalty Sheet(s) attached                                                REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:

UNITED STATES OF AMERICA

v.

CHARLTON EDWARD LA CHASE,

Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

   _____Yes           ____X____No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

   _____Yes           ____X____No

3. Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

   _____ Yes          ____X____No


Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By: _____
Diana M. Acosta
FL Bar #775185
Assistant United States Attorney
Email: diana.acosta@usdoj.gov
United States Attorney's Office
101 South US Highway 1, Suite 3100
Fort Pierce, FL 34950
Telephone:  772-466-0899
Facsimile:  772-466-1020
Attorney for United States of America

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

No: _____

Defendant's Name:    **Charlton Edward La Chase**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY* |
|-------|-----------|-----------|---------------|
| 1-2 | Foreign Transmission of Threat to Injure | 18:875(c) | 5 Years' of Imprisonment<br>$ 250,000 fine<br>SR: 3 years |

*Refers only to possible term of incarceration.   Does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.