UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14011-CR-ROSENBERG/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLTON EDWARD LACHASE,

    Defendant.
_____/

## DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The defendant Charlton LaChase, through counsel, objects upon the following grounds:

1. Initially, the undersigned and government counsel have communicated and cooperated in this case on a regular basis, including in regard to this issue. The undersigned acknowledges that government counsel moved to continue the sentencing reluctantly and due to circumstances outside of his control. However, given the history of the case and the circumstances particular to this defendant, the defense believes that a continuance would cause undue stress and hardship to Mr. LaChase.

2. As the Court is aware, Mr. LaChase suffers from profound deafness and progressive blindness caused by Usher's Syndrome. He also has bipolar disorder with psychotic features. Since the beginning of December 2018, Mr.

LaChase has been treated for a spinal infection, which has required lengthy periods of hospitalization.

3. The entire process of pretrial incarceration has been extraordinarily difficult for Mr. LaChase. Unlike other detainees, Mr. LaChase can only communicate with other inmates and jail employees in writing. Neither FDC, Miami, nor any of the county jails in which he was housed, provided an American Sign Language interpreter at any time. Because of his disabilities, he has regularly been the object of ridicule and physical abuse by other detainees, and even jail employees.

4. Mr. LaChase's Sentencing Guideline range, before objections have been heard, is 18 – 24 months. As of the present sentencing date he will have served 12 months. The undersigned has filed a motion for downward variance and will be requesting that the Court sentence Mr. LaChase to a sentence of time served. Should the Court be inclined to grant the motion, any continuance of sentencing would extend his sentence for no reason other than government counsel's conflicting obligations.

5. The undersigned notes that other government counsel was assigned to this case for several months at its inception. It is not unreasonable to expect that another Assistant United States Attorney stand in for Mr. Garcia for the sentencing hearing.

Wherefore the defendant objects to a continuance of sentencing in this case.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   *s/Fletcher Peacock*
　　　Fletcher Peacock
　　　Assistant Federal Public Defender
　　　Florida Bar No. 441996
　　　109 North Second Street
　　　Fort Pierce, Florida 34950
　　　Tel:  772-489-2123
　　　E-Mail: Fletcher_Peacock@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on January 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　By:  *s/Fletcher Peacock,* AFPD
　　　　　　　　Fletcher Peacock

## SERVICE LIST

### UNITED STATES v. CHARLTON EDWARD LA-CHASE
### Case No. 18-14011-CR-ROSENBERG/MAYNARD
### United States District Court, Southern District of Florida

**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for La-Chase
Notices of Electronic Filing

**Diana Margarita Acosta**
**diana.acosta@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-293-0981
Fax: 772-466-1020
Notice of Electronic Filing

**Rolando Garcia**
**Rolando.Garcia@usdoj.gov**
**Assistant United States Attorney**
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: 561-659-4772
Fax: 561-820-8777
Notice of Electronic Filing