FILED BY _____ D.C.
DEC 06 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:19-cr-14040-KMM
2:18-CR-14011-001

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CHARLTON LACHASE,
    Defendant.
_____/

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

My name is Charlton Lachase. I am deaf and mute. I file a motion for early termination of supervised release. I request the chief Judge to grant this motion to terminate my supervisor's release case.

1. I was arrested and charged with threat communication to my sister on May 24, 2019. I served 15 month until September 25, 2020

2. I received 36 months of supervisor release by probation officer, Bea

3. While my supervisor release, I followed the probation rules and had no violation since September 25, 2020. I took Drug Test by probation officer

4. I am deaf and ASL ( American sign language). I have limited employment work in Fort Pierce, FL. I am seeking to get work out of District Of Florida like to find a work in north of Florida where there have big deaf community

5. I requested the probation officer to file a motion for termination of supervisor release. The officer Beau cannot do it for me. I contacted the Federal defender lawyer, Peacock Fletcher, he was working on motion for me, but he died. Last month ago.

6. I served 15 months on supervisor release for 36 month. **See** *This Honorable Court under its authority can use its discretion under 18 USC 3583(e) and terminate the Defendant's supervised release once a year of supervised release has been completed.*

7. I am seeking the relief for an early supervisor release.that i will have gain working in north of florida. and deaf community events.

I ask a court to grant this motion for early supervisor release at half of term 18 months under 18 usc 3583(e).

Respectfully submitted,
Charlton Lachase, Pro-Se

_____ 12/6/21

7006 Citrus Park Blvd
Fort Pierce<FL 34951
772-210-7811